**United States District Court**
**Central District of California**

**UNITED STATES OF AMERICA vs.**                    <u>CR 11-935-R</u>

Defendant **WILFRED GARCIA** _____           S.S.#<u>-------1145</u>

Residence: <u>Metropolitan Detention Center</u>    Mailing: <u>  SAME  </u>
           <u> 535 Alameda Street</u>              _____
           <u> Los Angeles, Ca 90012</u>
------------------------------------------------------------------------

### JUDGMENT AND PROBATION/COMMITMENT ORDER

------------------------------------------------------------------------

      In the presence of the attorney for the government, the defendant
appeared in person, on:<u>  December 12, 2012  </u>
                          Month / Day / Year

COUNSEL:
      _____ WITHOUT COUNSEL
             However, the court advised defendant of right to counsel and asked if
defendant desired to have counsel appointed by the Court and the defendant thereupon
waived assistance of counsel.
      <u> XX </u>  WITH COUNSEL <u>Jason Gonzalez / Lynn Fiorintino, appointed </u>
<u>X</u> PLEA:
      <u> XX </u> GUILTY, and the Court being satisfied that there is a factual
basis for the plea.


FINDING:
      There being a finding of <u>XX</u> GUILTY, defendant has been convicted
as  charged  of  the  offense(s)  of:  Conspiracy  to  Distribute
Methamphetamine in violation of Title 21 U.S.C. 846,841(b)(1)(A) as
charged in count 1 of the indictment.

JUDGMENT AND PROBATION/COMMITMENT ORDER:
        The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the
contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant
to the Sentencing Reform Act of 1984, it is the judgement of the court the defendant is hereby committed to the Bureau of Prisons to be
imprisoned for a term of:
      One Hundred Eighty (180) months.
      IT IS FURTHER ADJUDGED that upon release from imprisonment
defendant shall be placed on supervised release for five (5) years,
under the following terms and conditions: the defendant 1) shall comply
with the rules and regulations of the U.S. Probation Office and General
Order 05-02; 2) shall refrain from any unlawful use of a controlled
substance, and shall submit to 1 drug test within 15 days of release
from imprisonment and at least 2 periodic drug tests thereafter, not
to exceed 8 tests per month, as directed by the Probation Officer; 3)
shall  participate  in  outpatient  substance  abuse  treatment  and
counseling program that includes urinalysis, saliva and/or sweat patch
testing,  as directed by the Probation Officer, and shall abstain from
using illicit drugs, alcohol, and abusing prescription medications
during the period of supervision; 4) during the course of supervision,
with the agreement of the defendant and defense counsel, the Probation
Officer may place the defendant in a residential treatment program


**-- GO TO PAGE TWO --**                         <u>      WH      </u>
                                                   Deputy Clerk

**U.S.A. V. WILFRED GARCIA**                          CR **11-935-R**

**-- CONTINUED FROM PAGE ONE --**                    **PAGE TWO**

=================================================================

## JUDGMENT AND PROBATION/COMMITMENT ORDER

=================================================================

approved by the Probation Office for treatment of narcotic addiction
or drug dependency, which may include counseling and testing, to
determine if the defendant has reverted to the use of drugs, and the
defendant shall reside in the treatment program until discharged by the
Program Director and Probation Officer; 5) shall as directed by the
Probation Officer pay all or part of the costs of treating the
defendant's drug dependency to the aftercare contractor during the
period of community supervision, pursuant to 18 USC 3672, and the
defendant shall provide payment and proof of payment as directed by the
Probation Officer; 6) shall, during the period of community supervision
the defendant shall pay the special assessment in accordance with this
judgment's orders pertaining to such payments; 7) shall cooperate in
the collection of a DNA sample from the defendant; 8) the defendant may
not associate with anyone known to him to be a Los Nietos gang member
and others known to him to be participants in the Los Nietos gang's
criminal activities, with the exception of his family members. He may
not wear, display, use or possess any gang insignias, emblems, badges,
buttons, caps, hats, jackets, shoes, or any other clothing that
defendant knows evidence affiliation wit the Los Nietos gang, and may
not display any signs or gestures that defendant knows evidence
affiliation with the Los Nietos gang; and 9) as directed by the
Probation Officer, the defendant shall not be present in any area known
to him to be a location where members of the Los Nietos gang meet
and/or assemble.

    IT IS FURTHER ORDERED that all fines are waived.

    IT IS FURTHER ORDERED that defendant shall pay to the United
States a special assessment of $100, which is due immediately.

    IT IS FURTHER RECOMMENDED but not required that defendant be
allowed to participate in the Bureau of Prisons 500 Hour Drug Program.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release
set out on the reverse side of this judgment be imposed. the Court may change the conditions of supervision, reduce or extend the period of supervision,
and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation
occurring during the supervision period.

Signed by:  District Judge _____
                            **MANUEL L. REAL**

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment
Order to the U.S. Marshal or other qualified officer.

                            Terry Nafisi, Clerk of Court

Dated/Filed: December 12, 2012      By_____/S/_____
             Month / Day / Year        William Horrell, Deputy Clerk

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

---

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, for felony cases only: not possess a firearm, destructive device, or any other dangerous weapon.

☐     The defendant will also comply with the following special conditions pursuant to General Order 01-05 (set forth below).

**STATUTORY PROVISIONS PERTAINING TO PAYMENT AND COLLECTION OF FINANCIAL SANCTIONS**

The defendant shall pay interest on a fine or restitution of more than $2,500, unless the court waives interest or unless the fine or restitution is paid in full before the fifteenth (15th) day after the date of the judgment pursuant to 18 U.S.C. §3612(f)(1).  Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).  Interest and penalties pertaining to restitution , however, are not applicable for offenses completed prior to April 24, 1996.

If all or any portion of a fine or restitution ordered remains unpaid after the termination of supervision, the defendant shall pay the balance as directed by the United States Attorney's Office.  18 U.S.C. §3613.

The defendant shall notify the United States Attorney within thirty (30) days of any change in the defendant's mailing address or residence until all fines, restitution, costs, and special assessments are paid in full.  18 U.S.C. §3612(b)(1)(F).

The defendant shall notify the Court through the Probation Office, and notify the United States Attorney of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution, as required by 18 U.S.C. §3664(k).  The Court may also accept such notification from the government or the victim, and may, on its own motion or that of a party or the victim, adjust the manner of payment of a fine or restitution- pursuant to 18 U.S.C. §3664(k).  See also 18 U.S.C. §3572(d)(3) and for probation 18 U.S.C. §3563(a)(7).

Payments shall be applied in the following order:

       1. Special assessments pursuant to 18 U.S.C. §3013;
       2. Restitution, in this sequence:
                Private victims (individual and corporate),
                Providers of compensation to private victims,
                The United States as victim;
       3. Fine;
       4. Community restitution, pursuant to 18 U.S.C. §3663(c); and
       5. Other penalties and costs.

**SPECIAL CONDITIONS FOR PROBATION AND SUPERVISED RELEASE**

As directed by the Probation Officer, the defendant shall provide to the Probation Officer: (1) a signed release authorizing credit report inquiries; (2) federal and state income tax returns or a signed release authorizing their disclosure and (3) an accurate financial statement, with supporting documentation as to all assets, income and expenses of the defendant.  In addition, the defendant shall not apply for any loan or open any line of credit without prior approval of the Probation Officer.

The defendant shall maintain one personal checking account.  All of defendant's income, "monetary gains," or other pecuniary proceeds shall be deposited into this account, which shall be used for payment of all personal expenses. Records of all other bank accounts, including any business accounts, shall be disclosed to the Probation Officer upon request.

The defendant shall not transfer, sell, give away, or otherwise convey any asset with a fair market value in excess of $500 without approval of the Probation Officer until all financial obligations imposed by the Court have been satisfied in full.

These conditions are in addition to any other conditions imposed by this judgment.

**RETURN**

I have executed the within Judgment and Commitment as follows:

| | |
|---|---|
| Defendant delivered on | |
| Defendant noted on appeal on | |
| Defendant released on | |
| Mandate issued on | |
| Defendant's appeal determined on | |
| Defendant delivered on | to |

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

B
y _____

_____           _____
Date                                              Deputy Marshal


## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

B
y _____

_____           _____
Filed                                             Deputy Clerk
Date


## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____           _____
Defendant                                                 Date


_____           _____
U. S. Probation Officer/Designated Witness              Date